## HOFFMAN v. HOFFMAN.

[No. 13,817. Filed February 4, 1930.]

*Little & Little* and *Theophilus J. Moll*, for appellant.
*Chester L. Zechiel*, for appellee.

PER CURIAM.—Judgment affirmed.

## STOLL ET AL. v. PYLE ET AL.

[No. 13,885. Filed February 6, 1930.]

*William J. Reed*, for appellants.
*Eli F. Seebirt, Lenn J. Oare* and *George W. Omacht*, for appellees.

PER CURIAM.—Affirmed.